SHELDON ET AL. *v.* FANNIN ET AL.

No. 656. Decided February 18, 1963.

*Hayden C. Covington* for appellants.

*Robert W. Pickrell,* Attorney General of Arizona, and *Frank Sagarino,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.